1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10    HUNG VIET VU,

11            Petitioner,              No. CIV S-07-0495 MCE GGH P

12        vs.

13    RICHARD KIRKLAND, et al.,        ORDER

14            Respondents.

15    _____/

16            On July 8, 2007, the parties filed a joint scheduling statement.  After reviewing

17    the statement, the court makes the following ORDERS:

18            1.  On or before September 10, 2007, petitioner shall file either a statement that he

19    shall stand on the existing petition, an amended petition containing exhausted claims, or an

20    amended petition containing exhausted and unexhausted claims and a request to hold this action

21    in abeyance pending further exhaustion;

22            2.  If petitioner elects to proceed on the original petition or on an amended

23    exhausted petition, on or before September 10, 2007, petitioner shall file any requests for an

24    evidentiary hearing and/or discovery;

25            3.  If petitioner elects to proceed on the original petition or files an amended

26    exhausted petition, respondent's response is due November 12, 2007; petitioner may file a reply

1

1   within thirty days thereafter; if petitioner files a request to hold this action in abeyance,

2   respondent's response is due thirty days thereafter.

3   DATED: 7/31/07                                      /s/ Gregory G. Hollows

4                                                       _____
                                                        UNITED STATES MAGISTRATE JUDGE

5

6   vu495.ord

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26