IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY L. MEADOWS,

     Plaintiff,               No. CIV S-07-0475-GEB GGH P

     vs.

PORTER, et al.,

     Defendants.         ORDER

_____/

     Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action.  On January 4, 2008, plaintiff filed his third request for the appointment of counsel.  Plaintiff's previous requests were filed on October 5, 2007, and November 28, 2007.  All requests were denied.  In light of those orders, IT IS HEREBY ORDERED that plaintiff's January 4, 2008 request for appointment of counsel is denied.

DATED: 01/11/08               /s/ Gregory G. Hollows

                                 GREGORY G. HOLLOWS
                                 UNITED STATES MAGISTRATE JUDGE

GGH:bb
mead0475.31t