IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY L. MEADOWS,

        Plaintiff,                    No. CIV S-07-0475 GEB GGH P

    vs.

PORTER, et al.,

        Defendants.            ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983.

        On February 6, 2008, plaintiff filed a motion for leave to amend his complaint. On February 25, 2008, plaintiff filed a request to add a new legal claim. Plaintiff's motion and request were not, however, accompanied by a proposed amended complaint. As a litigant proceeding in forma pauperis, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. See 28 U.S.C. § 1915. Since plaintiff did not submit a proposed amended complaint, the court is unable to evaluate his motion and request. Plaintiff's motion for leave to amend and request to add a new claim must therefore be denied.

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's February 6, 2008, motion to amend and February 25, 2008, request to add a new claim are denied.

DATED:  04/18/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

mea475.10b