IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY L. MEADOWS,

    Plaintiff,   No. CIV S-07-0475 GEB GGH P

    vs.

PORTER, et al.,

    Defendants.   <u>ORDER</u>
_____/

    On March 12, 2008, plaintiff filed a motion for leave to amend and a proposed amended complaint.

    IT IS HEREBY ORDERED that within ten days of the date of this order, defendants shall file a response to plaintiff's March 12, 2008, motion for leave to amend and proposed amended complaint.

DATED: 05/01/08

    /s/ Gregory G. Hollows

    UNITED STATES MAGISTRATE JUDGE

mea475.ord