IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY L. MEADOWS

      Plaintiff,                    No. CIV S-07-0475 GEB GGH P

   vs.

PORTER, et al.,

      Defendants.         ORDER

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On April 18, 2008, plaintiff filed his fourth request for the appointment of counsel. Plaintiff's previous requests were filed on October 5, 2007, November 28, 2007, and January 4, 2008. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's April 18, 2008 request for the appointment of counsel (Docket #56) is denied.

DATED: 05/15/08

                                              /s/ Gregory G. Hollows

                                              _____
                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

GGH:ak
mead0475.31thr