IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY L. MEADOWS,

    Petitioner,               No. CIV S-07-0475 GEB GGH P

    vs.

PORTER, et al.,

    Respondents.           <u>ORDER</u>

_____/

        On June 12, 2008, plaintiff filed a motion requesting that the court order the litigation coordinator to process his in forma pauperis application so that he may file another action. The court has no authority to issue such an order in the instant action.[1]

        Accordingly, IT IS HEREBY ORDERED that plaintiff's June 12, 2008, request for the court to order the litigation coordinator to process his in forma pauperis application (# 70) is denied.

DATED: 07/21/08

                              /s/ Gregory G. Hollows
                              _____
mea475.ifp                      UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff may file a new action with a separate statement informing the court that the litigation coordinator will not properly process the in forma pauperis application. The court will then issue appropriate orders.

1