UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

|  |  |  |
|---|---|---|
| HENRY L. MEADOWS, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:07-cv-00475-HDM-RAM |
| vs. | ) ) ) | ORDER |
| PORTER, et al., | ) ) ) | |
| Defendants. | ) | |

**IT IS ORDERED**, Telephonic Motion Hearing Re: [74] Motion for Summary Judgment and [79] Supplement currently set for Thursday, September 24. 2009 at 10:00 a.m. is hereby VACATED. The Court shall issue a separate written Order.

**IT IS SO ORDERED**.

Dated this 22nd day of September, 2009.

_____
HOWARD D. McKIBBEN,
Senior United States District Judge