UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| HENRY L. MEADOWS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PORTER, et al.,<br><br>　　　　　Defendants. | Case No. 2:07-cv-00475-HDM-RAM<br><br>ORDER |

**IT IS ORDERED**, Jury Trial in this matter is set for Monday, April 12, 2010 at 9:00 a.m. in Eastern District of California Courtroom (to be determined) before Judge Howard D. McKibben.

**IT IS FURTHER ORDERED**, Telephonic Pretrial Conference is set for Tuesday, November 24, 2009 at 10:00 a.m. in Reno Courtroom 4 before Judge Howard D. McKibben. The Attorney General's Office shall make the necessary arrangements for the Plaintiff to be available telephonically. Counsel shall contact Deputy Clerk, Paris Rich at (775) 686-5827, no later than November 18, 2009, and provide parties' telephonic contact information.

**IT IS SO ORDERED**.

Dated this 9th day of November, 2009.

_____
HOWARD D. McKIBBEN,
Senior United States District Judge