UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

|  |  |  |
|---|---|---|
| HENRY L. MEADOWS, | ) | |
|  | ) | |
| Plaintiff, | ) | Case No. 2:07-cv-00475-HDM-RAM |
|  | ) | |
| vs. | ) | |
|  | ) | ORDER |
| PORTER, et al., | ) | |
|  | ) | |
| Defendants. | ) | |

**IT IS ORDERED**, <u>Telephonic Pretrial Conference currently set for Tuesday, November 24, 2009 at 10:00 a.m. is continued to Monday, December 14, 2009 at 9:30 a.m. in Reno Courtroom 4 before Judge Howard D. McKibben</u>.  The Attorney General's Office shall make the necessary arrangements for the Plaintiff to be available telephonically.  Counsel shall contact Deputy Clerk, Paris Rich at (775) 686-5827, no later than December 7, 2009, and provide parties' telephonic contact information.

**IT IS SO ORDERED**.

Dated this 18th day of November, 2009.

_____
HOWARD D. McKIBBEN,
Senior United States District Judge