UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

|  |  |  |
|---|---|---|
| HENRY L. MEADOWS, | ) ) ) | |
| Plaintiff, | ) ) | Case No.  2:07-cv-00475-HDM-RAM |
| vs. | ) ) | MINUTES OF PROCEEDINGS |
| PORTER, et al. , | ) ) | Monday, December 14, 2009 |
| Defendants. | ) ) / | |

**PRESENT:**
**THE HONORABLE HOWARD D. McKIBBEN, SENIOR U.S. DISTRICT JUDGE**

**Deputy Clerk:**  Paris Rich     **Reporter:**  Kathryn French

**Counsel for Plaintiff:**  Pro Se Plaintiff, Henry L. Meadows

**Counsel for Defendant:** Vickie Pochelle Whitney, Supervising Deputy Attorney General

**PROCEEDINGS: TELEPHONIC PRETRIAL CONFERENCE**

At 9:40 a.m., Court convenes.

Pro Se Plaintiff, Henry L. Meadows, is present telephonically with Counselor Guzman at CSP-Sacramento.

Vickie Pochelle Whitney, Supervising Deputy Attorney General, is present telephonically on behalf of Defense.

Court addresses Pro Se Plaintiff.  There is no telephonic response from Pro Se Plaintiff, Henry L. Meadows.

Counselor Guzman states Pro Se Plaintiff is unable to hear the Court telephonically.  Ms. Guzman further states, they have connected a Telecommunications Device for the Deaf (TDD) Machine for purposes of this hearing.  (There is no connecting TDD machine available at the Court's location.)

Counselor Guzman further states Mr. Meadows is able to read lips if she speaks very slowly, and she believes Mr. Meadows also has difficulty with speech tones.

**MEADOWS v. PORTER, et al.**  December 14, 2009
2:07-cv-00475-HDM-RAM  Page 2 of 2

---

Court determines Pro Se Plaintiff's hearing situation will require all pretrial papers to be prepared in writing. Further, Pro Se Plaintiff will possibly require a real-time court reporter available at Trial to allow Mr. Meadows to read proceedings as they are stated.

**IT IS ORDERED**, Pro Se Plaintiff shall provide a written list of all witnesses he intends to call in presentation of this case at Trial. List shall include witnesses full names with written description of anticipated testimony.

Ms. Whitney presents statements regarding a previous report she received from a Litigation Coordinator at CSP-Sacramento, regarding possible counsel for Mr. Meadows. However, as of this date, there is no indication of a substitution of counsel in this case.

Counselor Guzman asks Mr. Meadows if he has retained counsel. Mr. Meadows states he does not have an attorney. Further, Mr. Meadows states the attorney who was to call him, never called.

Court, Ms. Whitney, Mr. Meadows, and Counselor Guzman further confer.

**IT IS ORDERED**, a designated panel attorney shall be appointed on behalf of the Pro Se Plaintiff, Henry L. Meadows, in this matter.

**IT IS FURTHER ORDERED**, as soon as the designated panel attorney is appointed, the attorney shall contact with Mr. Meadows forthwith. Thereafter, a subsequent telephonic hearing will be set within thirty (30) days.

Counselor Guzman orally confirms the Court's Orders this date with Pro Se Plaintiff, Henry L. Meadows. Mr. Meadows acknowledges Ms. Guzman's statements.

Court inquires as to whether Mr. Meadows' newly appointed counsel will be allowed to participate in the conference room with him during the next telephonic hearing. Ms. Whitney states she will coordinate with CSP-Sacramento Litigation Coordinator to accomplish.

Court recites closing comments.

At 9:50 a.m., Court adjourns.

LANCE S. WILSON, CLERK

By: /s/ Paris Rich
   Deputy Clerk