UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY MEADOWS,

        Plaintiff,                      No. 2:07-cv-00475-HDM-RAM

    vs.

PORTER, et al.,

        Defendants.             ORDER

_____/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. By court order entered at the hearing on December 14, 2009, the court directed that counsel be appointed for the plaintiff. The court has been advised that the King Hall Civil Rights Clinic has agreed to accept such an appointment pursuant to General Order No. 230.

Accordingly, IT IS HEREBY ORDERED that:

        1. The King Hall Civil Rights Clinic is appointed the represent the plaintiff.

        2. Carter White, supervising attorney at the Civil Rights Clinic shall notify Sujean Park, ADR and Pro Bono Program Director, at 916-930-4278, if he has any questions related to the appointment.

//

//

3. The Clerk of the Court is directed to serve a copy of this order upon Carter C. White, King Hall Civil Rights Clinic, UC Davis School of Law, One Shields Avenue, Building TB 30, Davis, California 95616.

DATED: This 11th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE