# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| HENRY L. MEADOWS, | |
|       Plaintiff, | Case No. 2:07-cv-00475-HDM-RAM |
| vs. | |
| | ORDER |
| PORTER, et al., | |
|       Defendants. | |

**IT IS ORDERED**, Telephonic Status Conference is set for Wednesday, March 17, 2010 at 10:45 a.m. in Reno Courtroom 4 before Judge Howard D. McKibben. The Attorney General's Office shall make the necessary arrangements for the Plaintiff and his counsel to be available telephonically. The Attorney General's Office shall contact the Deputy Clerk at (775) 686-5827, no later than March 10, 2010, and provide the parties' telephonic contact information.

**IT IS SO ORDERED**.

Dated this 19th day of February, 2010.

_____
HOWARD D. McKIBBEN,
Senior United States District Judge