UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

HENRY L. MEADOWS,

        Plaintiff,

vs.

PORTER, et al.,

        Defendants.

Case No. 2:07-cv-00475-HDM-RAM

ORDER

**IT IS ORDERED**, Telephonic Status Conference currently set for Wednesday, March 17, 2010 at 10:45 a.m. is CONTINUED and RESET for Friday, March 19, 2010 at 10:00 a.m. in Reno Courtroom 4 before Judge Howard D. McKibben. The Attorney General's Office shall make the necessary arrangements for the Plaintiff and his counsel to be available telephonically. The Attorney General's Office shall contact the Deputy Clerk at (775) 686-5827, no later than March 12, 2010, and provide the parties' telephonic contact information.

**IT IS SO ORDERED**.

Dated this 24th day of February, 2010.

_____
HOWARD D. McKIBBEN,
Senior United States District Judge