UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | |
|---|---|---|
| **HENRY L. MEADOWS,** | ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:07-cv-00475-HDM-RAM |
| vs. | ) ) ) | ORDER |
| **PORTER, et al. ,** | ) ) | |
| Defendants. | ) ) / | |

**IT IS ORDERED**, Telephonic Pretrial Conference (Counsel Only) currently set for Friday, April 2, 2010 at 10:00 a.m. in Reno Courtroom 4 before Judge Howard D. McKibben shall be conducted via Sprint Operator.  <u>Participants shall contact Sprint Operator no later than 5 minutes prior to the hearing at 1(866) 239-8586 and provide conference ID#65122140</u>.

**IT IS SO ORDERED**.

Dated this 23rd day of March, 2010.

_____
HOWARD D. McKIBBEN,
Senior United States District Judge