UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | |
|---|---|---|
| **HENRY L. MEADOWS,** | ) | |
| Plaintiff, | ) | Case No. 2:07-cv-00475-HDM-RAM |
| vs. | ) | |
| | ) | ORDER |
| **PORTER, et al.,** | ) | |
| Defendants. | ) | |

**IT IS ORDERED**, a Telephonic Status Conference (Counsel Only) is set for Monday, March 29, 2010 at 11:15 a.m. in Las Vegas Courtroom 7C before Judge Howard D. McKibben. <u>Participants shall contact Sprint Operator no later than 5 minutes prior to the hearing at 1 (866) 239-8586 and provide conference ID#66186311</u>.

**IT IS SO ORDERED**.

Dated this 29th day of March, 2010.

_Howard D. McKibben_
HOWARD D. McKIBBEN,
Senior United States District Judge