UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | |
|---|---|---|
| HENRY L. MEADOWS, | ) | |
| Plaintiff, | ) | Case No. 2:07-cv-00475-HDM-RAM |
| vs. | ) | |
| | ) | ORDER |
| PORTER, et al., | ) | |
| Defendants. | ) | |

**IT IS ORDERED**, a Telephonic Status Conference (Counsel Only) is set for Thursday, April 8, 2010 at 10:00 a.m. in Reno Courtroom 4 before Judge Howard D. McKibben. At the Telephonic Status Conference, the Court shall consider the issues raised in the parties' [109] Joint Pretrial Statement. <u>Participants shall contact Sprint Operator no later than 5 minutes prior to the hearing at 1 (866) 239-8586 and provide Conference ID#66893955</u>.

**IT IS SO ORDERED**.

Dated this 31st day of March, 2010.

*/s/ Howard D. McKibben*
HOWARD D. McKIBBEN,
Senior United States District Judge