**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| HENRY MEADOWS, | ) | 2:07-cv-00475-HDM-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| PORTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    In the parties' joint pretrial statement (#109), plaintiff objects to defendant's failure to provide the addresses of two witnesses expected to be called by the defense, Nurse M. Valente and Nurse M. Williams, as required by Local Rule 281(b)(10). Defendant's counsel indicates that she is currently trying to locate Williams, and that Valente has not consented to the disclosure of her home address. Defendant shall disclose the addresses of Valente and Williams, once obtained, to plaintiff's

counsel only.  Plaintiff's counsel has agreed, and the court so orders, that plaintiff's counsel shall not disclose the witnesses' addresses to the plaintiff.  The court reserves on its consideration of other matters raised in the joint pretrial statement until the conference call set for Thursday, April 8, 2010.

**IT IS SO ORDERED.**

DATED: This 31st day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE