## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HENRY MEADOWS, | ) | 2:07-cv-00475-HDM-RAM |
| | ) | |
|        Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| PORTER, et al., | ) | |
| | ) | |
|        Defendants. | ) | |

Plaintiff has filed a motion for production of trial transcripts (#143). On or before July 1, 2010, the plaintiff shall supplement his motion to set forth the basis for his appeal of the judgment in this action. Plaintiff shall further set forth the reasons he needs transcripts of the trial in connection with the appeal.

**IT IS SO ORDERED.**

DATED: This 16th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE