IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HENRY L. MEADOWS,

    Plaintiff - Appellant,   2:07-cv-00475-HDM-RAM

    vs.   C/A # 10-16115

TRACY HAYES,   **ORDER ON MANDATE**

    Defendant - Appellee.

_____/

    The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on September 30, 2010 issued its mandate dismissing the appeal for failure to prosecute, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

    DATED this 4th day of October, 2010.

*Howard D. McKibben*
_____
United States District Judge